PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED
2011 NOV 22 AM 8:38
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
     DEPUTY CLERK

## Report on Offender Under Supervision

Name of Offender: Phillip Andrew Leal                    Case Number: DR-02-CR-006 (1) FB

Name of Sentencing Judicial Officer: Honorable Fred Biery, Chief U.S. District Judge

Date of Original Sentence: July 22, 2002

Original Offense: Count 1: Possession of Marijuana with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).
Count 2: High Speed Flight from Immigration Checkpoint, in violation of 18 U.S.C. § 758.

Original Sentence: Ninety-two (92) months imprisonment; three (3) year term of supervised release; $200 special assessment; substance abuse treatment; drug testing; and total alcohol abstinence.

Type of Supervision: Supervised Release        Date Supervision Commenced: February 22, 2010

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."** |

On November 2, 2011, the offender submitted to drug testing and the result was positive for marijuana. Prior to testing, he denied drug use. However, when advised of the result, the offender admitted to the use of marijuana and signed an admission form.

U.S. Probation Officer Action:

As required by his special conditions, the offender previously completed treatment services at The Patrician Movement in August 25, 2010. Prior to November 2, 2011, all drug tests have been negative.

In response to the offender's recent drug use, the offender has been referred to Lifetime Recovery for out-patient services. At this time, the probation office respectfully recommends no further action.

Approved:

*M. Katherine Matheny* (signature)

M. Katherine Matheny
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5341

RLC

cc: Robert Cadena
    Assistant U.S. Attorney

    Suzan R. Contreras
    Assistant Deputy Chief U.S. Probation Officer

Respectfully submitted,

*Ruth Caballero* (signature)

Ruth Caballero
Senior U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5340
Date: November 16, 2011

---

(circled) *No Response is necessary* unless the court directs that additional action be taken as follows:

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other _____

_____
Fred Biery
Chief U.S. District Judge

November 22, 2011
Date